Commonwealth of Massachusetts
HAMPDEN SUPERIOR COURT
Case Summary
Civil Docket

04CV30197-MPN

## HDCV2004-00875
## Ostrander v Hussmann Corporation

| | | | |
|---|---|---|---|
| **File Date** | 09/03/2004 | **Status** | Disposed: transfered to other court (dtrans) |
| **Status Date** | 10/01/2004 | **Session** | B - Civil B - CtRm 5 |
| **Origin** | 1 | **Case Type** | B05 - Products liability |
| **Lead Case** | | **Track** | A |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 12/02/2004 | **Answer** | 01/31/2005 | **Rule12/19/20** | 01/31/2005 |
| **Rule 15** | 11/27/2005 | **Discovery** | 10/23/2006 | **Rule 56** | 12/22/2006 |
| **Final PTC** | 04/21/2007 | **Disposition** | 09/03/2007 | **Jury Trial** | Yes |

### PARTIES

**Plaintiff**
Melissa Ostrander
Active 09/03/2004

**Private Counsel 463020**
Stephen W Silverman
73 State Street
Suite 203
Springfield, MA 01103
Phone: 413-788-6188
Fax: 413-736-4968
Active 09/03/2004 Notify

**Private Counsel 543869**
Hal Etkin
Etkin Law Office (Hal)
14 Hubbard Ave., 2nd Floor
South Commons
Springfield, MA 01105
Phone: 413-739-9950
Fax: 413-731-8290
Active 09/03/2004 Notify

**Defendant**
Hussmann Corporation
Service pending 09/03/2004

**Private Counsel 551180**
John B Stewart
Moriarty Donoghue & Leja
1331 Main Street
Springfield, MA 01103
Phone: 413-737-4319
Fax: 413-732-8767
Active 10/01/2004 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 09/03/2004 | 1.0 | Complaint & civil action cover sheet filed |
| 09/03/2004 | | Origin 1, Type B05, Track A. |
| 10/01/2004 | 2.0 | Case REMOVED this date to US District Court of Massachusetts |

### EVENTS



A TRUE COPY OF THE DOCKET MINUTES.
IN WITNESS WHEREOF
my hand, and have caused the seal
of the Superior Court for the County
of Hampden to be affixed on this
Seventh day of October, 2004

Lisa M Dunham
Deputy Asst. Clerk

**MORIARTY, DONOGHUE & LEJA, P.C.**
Attorneys at Law
1331 Main Street
Springfield, Massachusetts 01103
tel. 413-737-4319
fax. 413-732-8767
E-Mail: MDLEJA@AOL.COM

Edward V. Leja
John B. Stewart
Robert F. Connelly
Joshua E. Abel

James P. Moriarty (1898-1973)
Thomas J. Donoghue
Patricia A. Barbalunga

Our File No. 23,534

October 8, 2004

John Stuckenbruch, Division Manager
U.S. District Court
1550 Main Street
Springfield, MA. 01103

    Re:    #04-30197-KPN
           Melissa Ostrander v. Hussmann Corporation

Dear Mr. Stuckenbruch:

    Attached you will find a new Attested copy of the Docket Sheet of the Superior Court in the above case which I would thank you to replace with the one which was previously filed.

    The reason for this request is that the Superior Court inadvertently attested to the case being removed to the US Bankruptcy court in the first filing instead of US District Court.

    Thank you and if you have any questions, please call.

Very truly yours,

John B. Stewart

JBS/dlc
enc.