COMMONWEATH OF MASSACHUSETTS

| | |
|---|---|
| HAMPEN, ss | UNITED STATES DISTRICT COURT<br>DISTRICT OF MASSACHUSETTS<br>DEPARTMENT OF THE TRIAL COURT<br>CIVIL ACTION NO. 03-30197-MAP |
| MELISSA OSTRANDER,<br>*Plaintiff* | |
| Vs. | |
| HUSSMANN CORPORATION,<br>*Defendant* | |

### AFFIDAVIT OF SERVICE

I, STEPHEN W. SILVERMAN, ESQ., attorney for the Plaintiff Melissa Ostrander state on oath that on September 20, 2004, I served the Defendant HUSSMAN CORPORATION by sending certified mail, return receipt requested, a copy of the Complaint, Civil Cover Sheet and Summons, as evidenced by the enclosed original receipt.

Signed under oath and penalties of perjury, this 18th day of October, 2004

_____
Stephen W. Silverman, Esq.
73 State Street, Suite 203
Springfield, MA 01103
(413) 788-6188  Fax (413) 736-4968
BBO# 463020

03 CV 30197-MAP

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

President or Person in Charge
HUSSMANN Corporation
12999 St. Charles Rock Road
Bridgeton, Missouri 63044

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ann Millard_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Ann Millard
C. Date of Delivery: 9-20-04

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7099 3400 0014 2086 6269

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Ostrander

Stephen W. Silverman
73 State St.
Springfield, MA 01103