UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELISSA OSTRANDER, Plaintiff )<br>)<br>v.                                              )<br>)<br>HUSSMANN CORPORATION,    )<br>Defendant                                 ) | CIVIL ACTION NO. 04-30197-MAP |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

The undersigned hereby affirm that they have conferred with a view to establishing a budget for conducting the full course - - and alternative courses - - of this litigation, and have considered the resolution of this litigation through the use of ADR programs such as described in LR 16.4.

_____
BRIAN HOSTETLER, on behalf of
Hussmann Corporation
121999 St. Charles Rock Road
Bridgeton, MO 63044

_____
JOHN B. STEWART, Atty. for
Hussmann Corporation
MORIARTY, DONOGHUE & LEJA, P.C.
1331 Main Street
Springfield, MA 01103
(413) 737-4319