UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MELISSA OSTRANDER,               )
            Plaintiff     )
                          )
v.                                           )    Civil Action No.  04-30197-MAP
                          )
                          )
HUSSMAN CORPORATION,       )
            Defendant   )

SCHEDULING ORDER
January 4, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. The parties shall complete their automatic disclosures by January 14, 2005.

2. All written discovery shall be served by February 1, 2005.

3. Non-expert depositions, medical exams and inspections shall be completed by September 30, 2005.

4. Plaintiff shall designate and disclose information regarding her trial experts as required by FED. R. CIV. P. 26(a)(2) by November 1, 2005.

5. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by December 15, 2005.

6. All expert depositions shall be completed by February 1, 2006.

7.  Counsel shall appear for a case management conference on February 9, 2006, at 10:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

DATED: January 4, 2005

                                               /s/ Kenneth P. Neiman
                                               KENNETH P. NEIMAN
                                               U.S. Magistrate Judge