UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELISSA OSTRANDER, Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04-30197-MAP |
| ) | |
| HUSSMANN CORPORATION, ) | |
| Defendant ) | |

### DEFENDANT'S MOTION TO PARTIALLY WITHDRAW RULE 37(a) MOTION TO COMPEL NON-PARTY, MASS. RETAIL MERCHANTS INSURANCE COMPANY

Now comes the defendant, Hussmann Corporation, and requests the Court to withdraw so much of its pending motion as seeks a court order compelling compliance of non-party, Mass. Retail Merchants Insurance Company, with Hussmann's records subpoena issued on October 8, 2004. Still before the court is Hussmann's motion for reasonable attorney's fees under Fed. R. Civ. P. 37(a)(4).

HUSSMANN CORPORATION,
Defendant

By _____
JOHN B. STEWART
MORIARTY, DONOGHUE & LEJA, P.C.
1331 Main Street
Springfield, MA 01103
(413) 737-4319

### CERTIFICATE OF SERVICE

I certify that a true copy of this document was served upon each other party or counsel of record by fax and mail on January 10, 2005.

_____
JOHN B. STEWART
MORIARTY, DONOGHUE & LEJA, P.C.