UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MELISSA OSTRANDER, Plaintiff   )
                               )
v.                             )   CIVIL ACTION NO. 04-30197-MAP
                               )
HUSSMANN CORPORATION,          )
Defendant                      )

NOTICE OF SPECIAL APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of Chrisann Leal and Timothy J. Hlavac as attorneys for Non-Party Witness, Mass. Retail Merchants, in the above-entitled case in connection only with the Defendant, Hussmann Corporation's motion for reasonable attorney's fees under Fed. R. Civ. P. 37(a)(4).

Respectfully Submitted,
Non-Party Witness,
**MASS RETAIL MERCHANTS,**
By its Attorneys,

_____
Chrisann Leal, BBO #566402
Timothy J. Hlavac, BBO #632788
**CURTIN, MURPHY & O'REILLY, P.C.**
55 Summer Street, 10th Floor
Boston, Massachusetts 02110
(617) 574-1700

Certificate of Service

I herewith certify that on January 14, 2005, I served the within pleading on all parties by mail, postage prepaid, to:

John B. Stewart, Esquire
MORIARTY, DONOGHUE & LEJA, P.C.
1331 Main Street
Springfield, Massachusetts   01103

_____
Chrisann Leal