COMMONWEALTH OF MASSACHUSETTS

HAMPEN, ss

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
DEPARTMENT OF THE TRIAL COURT
CIVIL ACTION NO. 03-30197-MAP

MELISSA OSTRANDER,
*Plaintiff*

Vs.

HUSSMANN CORPORATION,
*Defendant*

## LOCAL RULE 1.6.1(D)(3) CERTIFICATION

The undersigned hereby affirms that they have conferred with a view to establishing a budget for conducting the full course—and alternative courses—of this litigation, and have considered the resolution of this litigation through the use of ADR programs such as described in LR 16.4.

_____
MELISSA OSTRANDER, Plaintiff
50 Pipit Drive
Chicopee, MA 01028

_____
STEPHEN W. SILVERMAN, ESQ.
Attorney for Plaintiff, Melissa Ostrander
73 State Street, Suite 203
Springfield, Ma. 0110
(413) 788-6188   fax (413) 736-4968
BBO# 463020