UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELISSA OSTRANDER, Plaintiff | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 04-30197-MAP |
| | ) |
| HUSSMANN CORP., Defendant | ) |

## NOTICE OF CHANGE OF APPEARANCE
[MASS. R. CIV. P. 11(d)]

To the Clerk:

Please change my appearance as counsel for the defendant in this case to reflect my new firm affiliation, address and phone number.

*/s/ John B. Stewart*
JOHN B. STEWART (BBO #551180)
ROSS & ROSS, P.C.
121 State Street
Springfield, MA 01103
Phone (413) 736-2725
Fax (413) 736-1247

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the within document was served upon each other party or counsel of records by mail on July 25, 2005.

*/s/ John B. Stewart*
JOHN B. STEWART (BBO #551180)
ROSS & ROSS, P.C.