TAB A

TAB A



▲ *Figure 1. Meat Grinder*