TAB B

TAB B

**Page 1**

```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS

                    C.A. No. 04-30197-MAP

    MELISSA OSTRANDER
              Plaintiff

    vs.

    HUSSMANN CORPORATION
              Defendant


    DEPOSITION OF: MELISSA OSTRANDER, taken
    before Micheline I. Bourbonnais, Certified
    Shorthand Reporter, pursuant to the Federal
    Rules of Civil Procedure, at the offices of
    PHILBIN & ASSOCIATES, INC., 959 Main Street,
    4th Floor, Springfield, Massachusetts, at
    10:00 a.m. on August 24, 2005.


    APPEARANCES:

        (SEE PAGE 2.)




                    Micheline I. Bourbonnais
                    Certified Shorthand Reporter
```

**Page 2**

APPEARANCES:

LAW OFFICE OF HAL ETKIN, 14 Hubbard Avenue, 2nd Floor, Springfield, Massachusetts 01105, representing the Plaintiff.
BY: HAL ETKIN, ESQUIRE

LAW OFFICES OF STEPHEN W. SILVERMAN, 73 State Street, Suite 203, Springfield, Massachusetts 01103, representing the Plaintiff.
BY: STEPHEN W. SILVERMAN, ESQUIRE

LAW OFFICE OF MICHAEL J. CHERNICK, 73 State Street, Springfield, Massachusetts 01103, representing the Plaintiff.
BY: MICHAEL J. CHERNICK, ESQUIRE

ROSS & ROSS, P.C., 121 State Street, Springfield, Massachusetts 01103, representing the Defendant.
BY: JOHN B. STEWART, ESQUIRE

IN ATTENDANCE:

LAURIE OSTRANDER

**Page 3**

INDEX

WITNESS       DIRECT  CROSS  REDIRECT  RECROSS

MELISSA OSTRANDER  5*

Stewart*
Etkin**
Silverman***
Chernick****


EXHIBITS:   DESCRIPTION                PAGE

D Exhibit #1 Plaintiff's Answers
             to Interrogatories    55

D Exhibit #2 Diagram               55

**Page 4**

STIPULATIONS

It is agreed by and between the parties that all objections, except objections as to the form of the question, are reserved to be raised at the time of trial for the first time.

It is further agreed by and between the parties that all motions to strike unresponsive answers are also reserved to be raised at the time of trial for the first time.

It is further agreed that the deponent will read and sign the deposition under the pains and penalties of perjury, notary waived, and that the sealing of the said deposition will be waived.

It is further agreed by and between the parties that notification to all parties of the receipt of the original deposition transcript is also hereby waived.

*****

**Page 13**

1 chopped, it was high school so they're not
2 allowed to have like stuff like that because
3 you have to be eighteen and older to use
4 equipment like that.
5  Q.  Who is the instructor for that
6 food course?
7  A.  Mrs. Dewey.
8  Q.  How is that spelled?
9  A.  D-e-w-e-y maybe, I'm not quite
10 sure.
11  Q.  Okay. Did you ever use any of the
12 equipment there, I guess the only thing that
13 was there really was a mixer?
14  A.  Like a cookie mixer, stuff like
15 that, you make things like that, yes.
16  Q.  Were there any instructions that
17 Mrs. Dewey or anybody else gave you about
18 the use of that machine?
19  A.  Oh, yes, we took tests.
20  Q.  What did they tell you that you
21 can remember today?
22  A.  How to use the machine, I don't
23 really remember. I mean, a mixer is like

**Page 14**

1 you put your flour, your dough, you slowly
2 put it on, you start off slow, you put it on
3 speed one, and then you don't put your spoon
4 in it while it's running.
5  Q.  Do you remember if it had an
6 on-off switch?
7  A.  Yes, it did.
8  Q.  Do you remember what kind of
9 on-off switch it was?
10  A.  I think it was the flip switch
11 one, I think.
12  Q.  Was it kind of an up and down type
13 of arrangement?
14  A.  I think it was the depressing one.
15  Q.  I see. Kind of like one of the
16 old fashion light switches, I don't know if
17 you've seen one of those?
18  A.  Yes.
19  Q.  It's a push button deal, when you
20 push one button in the other button comes
21 out, and vice versa?
22  A.  Yes.
23  Q.  Okay. Were there any other, other

**Page 15**

1 than that push button arrangement we just
2 talked about, and I gather those were side
3 by side?
4  A.  Yes.
5  Q.  Were there any other ways to turn
6 the mixer on and off?
7  A.  No.
8  Q.  And other than what Mrs. Dewey
9 told you about the use of the machine,
10 operating the machine, was there any written
11 literature about that machine that you
12 were --
13  A.  (Interposing) The uses of
14 different stuff like that and we would have
15 to review it and then we had a test on it.
16  Q.  Okay.
17  A.  Yes.
18  Q.  So, there was some kind of handout
19 about equipment?
20  A.  Yes.
21  Q.  Were there any posted signs around
22 the room regarding the use of machinery or
23 equipment?

**Page 16**

1  A.  I don't remember. I know there
2 was signs but I don't know on the usage of
3 machines.
4  Q.  Okay. And these were posted up on
5 the walls?
6  A.  Yes.
7  Q.  In the food room?
8  A.  Yes.
9  Q.  When you were going to school at
10 Westfield High did you ever hear about any
11 injuries to people working in the food class
12 or in the food room?
13  A.  There is no injuries, maybe like a
14 finger cut with a knife, but nothing major.
15  Q.  Let me switch gears away from the
16 school and to your own kitchen at home.
17 And as it was before this accident in April
18 of '02, did you have any food preparation
19 equipment in your own kitchen at home?
20  A.  All my parents' equipment, yes.
21  Q.  What kind of equipment did you
22 have?
23  A.  We had the mixer for like, you

**17**

1 know, cookies or whatever you want to mix in
2 there. There was a blender, a little like,
3 you know, the little ones you want to dice
4 like onions or something like that. Just, I
5 guess, your basic needs, I guess, nothing
6 like big and spectacular.
7    Q.    What kind of mixer was this?
8    A.    It was a cookie mixer, you have a
9 bowl and like the attachment you lift up and
10 you put your ingredients in and you put it
11 down where you have the two little circular
12 things and press it on and it mixes the
13 butter with the flour and stuff like that,
14 you know what I'm saying.
15   Q.    All right. So, this is something
16 that attaches on top of the bowl?
17   A.    Yes.
18   Q.    And then I guess you had a blender
19 that you'd put the two things on?
20   A.    The prongs.
21   Q.    Push the button?
22   A.    Yes, it was the same thing.
23 That's what the mixer is where the prongs

**18**

1 are in it, for the hand one it's attached.
2    Q.    The one you're talking about fit
3 on top of the bowl?
4    A.    Yes.
5    Q.    Okay. Did you have a coffee
6 grinder at home?
7    A.    No.
8    Q.    Did you have any kind of food
9 processor, I'm thinking like those salad
10 shooters or anything like that?
11   A.    No.
12   Q.    Did you have a food disposal unit
13 in the sink?
14   A.    No.
15   Q.    Okay. Do you remember what the
16 brand name of the mixer that fit on top of
17 the bowl was?
18   A.    I don't, no.
19   Q.    Did you ever see the instructions
    or the operating manual on that unit?
1    A.    No, just the ones that Mrs. Dewey
2 had written out for us.
3    Q.    I'm sorry, just the ones that?

**19**

1    A.    Mrs. Dewey had written out for us
2    Q.    I'm just asking about the ones at
3 home, did you ever read any of those?
4    A.    At home, no.
5    Q.    So, at school there was a mixer
6 that you read the book on?
7    A.    Yes.
8    Q.    Was there any other equipment at
9 school that you might have read instruction
10 manuals on or operator's manuals?
11   A.    No.
12   Q.    Okay. Do you remember if the
13 operator's manual at school for this mixer
14 had any warnings about things that are
15 potentially unsafe?
16   A.    Just the fact that you can't mix,
17 when you have the machine on you can't use
18 the spoon or whatever to push down the stuff
19 on the side, you have to turn the machine
20 off, lift the head piece up and then push
21 the stuff in the middle of the bowl and then
22 turn it back on.
23   Q.    Okay.

**20**

1    A.    And obviously you can't stick your
2 hands in there to, you know --
3    Q.    Okay.
4    A.    Warnings were there.
5    Q.    Okay. You had to shut it off
6 before you would be doing any of those
7 things?
8    A.    Of course, yes.
9    Q.    Now, this mixer at home, the one
10 that went on top of the bowl, what kind of
11 switches did it have on it to turn it on and
12 turn it off?
13   A.    It was the same exact one pretty
14 much.
15   Q.    So, there was one way you turned
16 it on and it was a single button, or what?
17   A.    It was the button, right, an on
18 and off switch.
19   Q.    Was it kind of like a see-saw and
20 if you pushed it this way it was on and then
21 the other way it was off?
22   A.    Yes.
23   Q.    And that would be arranged

**25**
1  dirt on the ground.
2      Q.    Okay. Can you recall using any
3  other machinery or equipment at home other
4  than the things we've already talked about?
5      A.    No, I don't believe there is
6  anymore heavy duty equipment that I've used.
7      Q.    Were there any home improvement or
8  home maintenance, carpentry type things that
9  you ever used?
10     A.    No.
11     Q.    Did you have any saws at the
12 house?
13     A.    Yes.
14     Q.    Power saws?
15     A.    Yes.
16     Q.    Did you ever use any of those?
17     A.    No.
18     Q.    Were there any hedge trimmers that
19 you ever used?
20     A.    No.
21     Q.    Lawn trimmers?
22     A.    To cut the bushes, to trim the
23 bushes?

**26**
1      Q.    That would be one kind I was
2  asking about.
3      A.    No. We have them but I did not
4  use them.
5      Q.    You didn't use them.
6      Before this accident had you ever used
7  any machine that had a brake on it so when
8  you shut it off it stopped turning
9  immediately?
10     A.    No.
11     Q.    Okay. Before this accident in
12 April of '02, had you ever used a machine
13 that had an emergency stop on it, a red
14 button that you're supposed to stop -- push
15 to have it, whatever machine, stop
16 immediately?
17     A.    Have I ever used one?
18     Q.    Have you ever used a machine that
19 had an emergency stop on it before April of
20 '02?
21     A.    No.
22     Q.    Now, before April of '02, did you
23 have an understanding about what a pinch

**27**
1  point is, is that a term you had ever heard
2  before?
3      A.    I never heard that term before.
4      Q.    Before April of '02 did you
5  understand that certain machinery when it's
6  turned on is moving? Are you with me so
7  far?
8      A.    Yes.
9      Q.    Okay. And that when there are
10 moving parts typically you want to keep
11 parts of your body away from those moving
12 parts?
13     A.    Yes.
14     Q.    Is that right?
15     A.    Yes.
16     Q.    And that was something that you
17 knew leading up to April of '02?
18     A.    Yes.
19     Q.    So, when you're using that vacuum
20 cleaner at home with the beater brush, you'd
21 try not to get your foot too close to that,
22 right?
23     A.    Yes.

**28**
1      Q.    I want to bring you forward to the
2  point in time, I guess it's May of '01 that
3  you're hired by Pleasant Street Market. Do
4  you remember that?
5      A.    Yes.
6      Q.    Do you remember how you were
7  hired?
8      A.    My friend Amber Parks is the
9  stepdaughter of Bill Barry, the owner.
10     Q.    So, did you hear there was an
11 opening?
12     A.    I was -- my friend Amber is in the
13 same home room as me in high school, I was
14 telling her I wasn't getting a lot of hours
15 at Davio's and I wanted to look for another
16 job, and she had told me that she can
17 probably get me a job at Pleasant Street.
18     Q.    That sounded good to you?
19     A.    Yes.
20     Q.    Did you actually have a sit-down
21 interview with Mr. Barry?
22     A.    Yes, I did.
23     Q.    Do you remember what you talked

**45**

1  to go through and they would stick like
2  maybe three, four pieces in the hole, long
3  thin strips of meat, not like hamburger
4  patties, they'd push it down like that.
5  Other than that we rarely used it to grind
6  the hamburger meat to go through again.
7  Q.    Okay. So I make sure I understand
8  this.
9  A.    Okay.
10 Q.    During the second grind, in other
11 words, grinding hamburger it goes through
12 once and then now you're going to put it
13 through again?
14 A.    To sell it.
15 Q.    Was the stomper used for that
16 second pass?
17 A.    No.
18 Q.    Okay. Did anybody ever tell you
19 when the stomper was to be used and wasn't
20 to be used?
21 A.    I don't really remember.
22 Q.    Okay. During the first time that
23 somebody was instructing you about this meat

**46**

1  grinding machine, did they mention anything
2  about the stomper?
3  A.    I don't know, I don't remember.
4  I'm sorry.
5  Q.    Okay. Do you remember if the
6  stomper was present and within your field of
7  vision when you were first instructed about
8  the use of the meat grinding machine?
9  A.    Yes. It sits on like a rack where
10 we slide drinks, like Snapple or whatever, I
11 don't know exactly what kind of drinks it
12 was, but on that rack.
13 Q.    What distance is that away from
14 the actual machine?
15 A.    About a foot.
16 Q.    Okay.
17 A.    But in eye view.
18 Q.    Are there any nonattached parts of
19 the meat grinding machine other than that
20 stomper that were in your field of vision?
21 A.    Can you rephrase that?
22 Q.    Yes. Was the stomper the only
23 thing that wasn't attached to the machine?

**47**

1  A.    No. There's a tray that collected
2  all the hamburger meat that was grounded and
3  it sits underneath where the holes where the
4  hamburger, ground hamburger meat comes down.
5  That's where like all the meat that is made
6  during the day, and then we take that meat
7  to grind through again to sell it.
8  Q.    Let me just understand that. When
9  you clean the machine you take it all apart,
10 right?
11 A.    No. That would be very difficult.
12 No, we take the tray that sits on top of the
13 machine, and the tray that has all the
14 hamburger meat that's already been grounded
15 through, we take that tray, and that's about
16 it, I think we just clean those two parts.
17 Q.    Is the inside of the machine ever
18 cleaned out?
19 A.    I'm sure it is. I've never seen
20 it done personally.
21 Q.    Okay. So, that wasn't part of
22 what you were doing there?
23 A.    No.

**48**

1  Q.    And I understand this machine was
2  in some kind of large walk-in freezer unit,
3  or refrigerator unit?
4  A.    Yes.
5  Q.    Can you describe about how big a
6  room that was?
7  A.    Oh, maybe fifteen feet, that seems
8  kind of long, twelve to fifteen feet to like
9  by maybe six to nine feet, I mean, it was
10 very not that big.
11 Q.    Could I trouble you to do a
12 diagram depicting that refrigerator unit,
13 and then if you could, you know, depict the
14 door where you walk in and then, you know --
15 A.    This is the door we walked in.
16 (Witness drawing a diagram.)
17 Q.    Okay.
18 A.    So we'll say that's the door, and
19 this is the wall, and we'll say these are
20 the doors where the customers open up -- I'm
21 a bad speller.
22 Q.    Generally where is the counter in
23 relation to all this?

**53**

1 hamburger meat comes, here is the tray, and
2 up on the top there is -- there is where you
3 put the hamburger meat down and it goes
4 through an auger and then all the hamburger
5 meat comes down out here, you go from that
6 to right on top of it. (Witness
7 indicating.)
8    Q.    Okay. So, just so we're clear,
9 this is the actual grinding machine?
10    A.    Yes. Not really great detail
11 but --
12    Q.    I'll write grinding machine there
13 with an arrow. Was there a stainless steel
14 tray on top of all this?
15    A.    Yes, stainless tray on top and
16 stainless steel tray down here. (Witness
17 indicating.)
18    Q.    But the one on top of the machine
19 has kind of a hole in it?
20    A.    Yes, where you stick the hamburger
21 meat in.
22    Q.    Can you draw in where the hole
23 would be?

**54**

1    A.    The hole would be right here, and
2 then the auger, is that the correct term,
3 would be here, and then the holes where the
4 meat would come out would be -- (Witness
5 indicating.)
6    Q.    So, as you're walking into the
7 freezer and then you turned to your left and
8 you faced the grinding machine, the hole
9 would be -- actually, it would be over to
10 the right side of the tray?
11    A.    Uh-huh.
12    Q.    Is that the orientation?
13    A.    Yes.
14    Q.    And could you draw in about where
15 the stomper was typically kept?
16    A.    Maybe like little things here in
17 this area. It would sit here. What did you
18 call it, the thumper? (Witness indicating.)
19    Q.    Yes. Well, the wooden --
20    A.    Wooden thing.
21    Q.    Some people call it a pusher,
22 whatever term we want to use.
23    A.    It sits right on the soda rack.

**55**

1    Q.    So, it was just below the soda
2 area, is that fair?
3    A.    It was sitting on the soda area,
4 on the soda case.
5    Q.    Well, look it, this is helpful,
6 and if I could just have you sign that and
7 then put down today's date, and what are we
8 on, the 24th day?
9         MR. ETKIN: Yes, sir.
10        MR. STEWART: 8-24.
11        THE WITNESS: (Witness
12 signing diagram.)
13        MR. STEWART: We will mark
14 that when we get around to some other
15 stuff.
16        (Defendant's Deposition
           Exhibit #1 and #2 offered
17         and marked.)
18        (A recess was taken.)
19        MR. STEWART: Let's go back
20 on the record.
21        We have marked some
22 interrogatory answers as #1, and this
23 diagram is #2.

**56**

1    Q.    (BY MR. STEWART) Let me just go
2 over the interrogatory answers briefly.
3 Ma'am, let me show you what we've marked as
4 Exhibit #1 to this deposition and just ask
5 you whether that's your signature?
6    A.    Yes, it is.
7    Q.    On July 14th?
8    A.    Uh-huh.
9    Q.    Okay. And you reviewed these
10 written questions and answers before you
11 signed them?
12    A.    Yes, I did.
13    Q.    Okay. And one of the questions,
14 number six was, we asked you about names of
15 people that had knowledge about this matter,
16 and the answer was Irene Ring?
17    A.    Uh-huh.
18    Q.    And Cheri Barbosa?
19    A.    Cheri Barbosa, yes.
20    Q.    And what knowledge does Irene
21 have, that you understand?
22    A.    I was working with both of them at
23 the time of my accident.

129
1  Q. She was by the door to the walk-in
2  cooler?
3  A. Yes.
4  Q. Okay. Had you ever had any
5  difficulty with the running of that grinder
6  before this accident?
7  A. No.
8  Q. Had you ever had an experience
9  where anything got stuck in it?
10 A. The first round, the first
11 processed meat we put through always would
12 get jammed up a little bit, you just pushed
13 it a little bit down and it would go right
14 through, I mean --
15 Q. And when you're talking about
16 pushing it through, how would you go about
17 doing that?
18 A. I just with my hand.
19 Q. So, this kind of tapping it
20 downward with your fingers?
21 A. Yes.
22 Q. Okay.
23 A. Just to push it along.

130
1  Q. And when you would be doing that,
2  about how close would you be coming to the
3  stainless steel pan on top?
4  A. Well, the hole is right in the
5  stainless steel top, so, you would have to
6  go down the hole a little bit to push it in.
7  Q. So, your fingers would actually be
8  facing downwards somewhat?
9  A. Yes.
10 Q. And you would be actually touching
11 the top of the meat with your fingertips?
12 A. Yes.
13 Q. Now, the meat that was -- this was
14 the second pass when this happened?
15 A. Yes.
16 Q. Okay. And you say you thought it
17 was about a pound of hamburger that got
18 ordered?
19 A. Yes, a pound.
20 Q. Were you making more than that?
21 A. No.
22 Q. So, this was just made to order?
23 A. Yes.

131
1  Q. You weren't making any extra?
2  A. No.
3  Q. All right. Was the stomper on the
4  shelf where it usually is at the time of all
5  this?
6  A. I believe so, I don't remember
7  exactly where it is. Usually it was always
8  there.
9  Q. Did you use the stomper at all
10 that evening before your accident?
11 A. No.
12 Q. Okay. So, you had run the meat
13 through one pass, and then was it in the
14 bottom of a bowl after the first pass, or
15 where was it?
16 A. After the first pass it stays in
17 the stainless steel --
18 Q. Kind of a pan?
19 A. -- pan thing.
20 Q. And then I gather you did
21 something to get that meat back up to the
22 top of the machine?
23 A. You grab the hamburger meat that's

132
1  been run through once with your right hand,
2  or, no, because you hold like the container
3  you're putting the hamburger meat in, so, I
4  grabbed it with my left hand, put it in
5  through again to grind it through the second
6  time.
7  Q. Okay. And can you describe
8  verbally, because we can't see on the
9  record, so it has to be verbally, what you
10 were actually doing with your left hand when
11 all this happened?
12 A. I take the first ground meat, grab
13 it with my left hand, I would push, you
14 know, put it in the hole and push it down a
15 little bit so that it would go through.
16 Q. The -- I don't know how to better
17 describe it but the amount of meat or the
18 -- was it kind of in a ball or was it
19 stretched out, or what did it look like when
20 you went to put it from underneath and back
21 on top?
22 A. It's usually like in a big pile,
23 it wasn't stretched out or anything, it

133

1 wasn't tightly in a ball, it was in a pile
2 of --
3   Q.   So, one pound pile of meat is how
4 big in relation to the hole that's on top in
5 the stainless steel pan, is it bigger than
6 the hole?
7   A.   Usually, yes, it was sticky so it
8 would be, so like usually I'd grab a handful
9 put that in and I grab a little bit more and
10 put it in again.
11   Q.   Okay. How is it, I know this is a
12 difficult subject matter, and how is it that
13 your hand ended up going down the hole?
14   A.   I was tapping the meat, and I was
15 watching it come through the other end and I
16 was doing both looking back and forth and I
17 just do that normally, I don't know what
18 happened, why all of a sudden that just one
19 time I got stuck, I don't quite really --
20   Q.   At some point did you feel your
21 hand being drawn in there?
22   A.   Yes.
23   Q.   Okay. Was there anything that you

134

1 could do at that point?
2   A.   No.
3   Q.   Was the meat pulling your hand at
4 all?
5   A.   Yes, it was.
6   Q.   I gather at some point you had a
7 chance to hit the off switch?
8   A.   Yes.
9   Q.   Okay. About how long after you
10 realized there was a problem where you were
11 able to hit the off switch?
12   A.   Immediately, but I mean I
13 definitely felt something was going wrong
14 and I just turned it off.
15   Q.   Okay. Were you trying to pull
16 your hand out at the same time you were
17 hitting the off switch?
18   A.   No, I didn't want -- I felt pain
and I didn't want to be in more pain. When
my hand was in there I didn't know if I was
21 stuck in the thing or not and I didn't want
22 to try.
23     MR. STEWART: Let's take a

135

1 moment here.
2       (Pause.)
3       MR. STEWART: Are you okay?
4       THE WITNESS: Yes.
5       MR. STEWART: Okay.
6   Q.   (BY MR. STEWART) When you felt
7 something starting to go wrong, was it your
8 instinct to try to pull your hand out?
9   A.   I think I might have a little bit,
10 it couldn't go anywhere.
11   Q.   Did that -- were you able to
12 -- was your trying to do that have any
13 effect?
14   A.   I might have done that like after
15 I turned the machine off just to --
16   Q.   Okay.
17   A.   I remember looking at the
18 underneath to see if there was a lot of
19 blood coming out of, but I didn't know where
20 I was in the machine or what had happened.
21   Q.   Could you see how much of your
22 hand was above the machine?
23   A.   I believe it was like wrist area.

136

1 I don't remember exactly.
2   Q.   So, did you call out or did you
3 say anything?
4   A.   I knew that it was a sound proof
5 door, unless like somebody opens it up, like
6 the customers open up the door to open, you
7 know, to get something out of the cooler, so
8 I knew I had to kick, somehow get that door
9 opened, so, I just kicked it open with my
10 left leg backward and opened it and, I don't
11 know, I don't remember what I said, I think
12 -- I don't remember, but I yelled out for
13 Irene.
14   Q.   What happened next?
15   A.   Irene came in, she looked at what
16 happened, she might have asked me what, you
17 know, I don't remember exactly what she
18 asked me, I remember her just turning the
19 machine on and I remember saying oh God no,
20 and I turned it off immediately, but when
21 she ran out I think Cheri ran in.
22   Q.   Based on your memory, about how
23 long was the machine on after Irene turned

141
1 plunger?
2  A.  I don't remember.
3  Q.  Okay. Before you used the meat grinder, up until the time of the accident,
5 did you ever feel that you didn't have
6 enough information to be able to use it
7 safely?
8  A.  No.
9  Q.  Okay. Now, can you describe about
10 how big the hole on the top of the machine
11 in this stainless steel pan was?
12  A.  About like the rim of the coffee
13 cup. (Witness indicating.)
14  Q.  Okay.
15  A.  Is that a good description?
16  Q.  Right. Before the accident did
17 you ever look down in that hole and saw what
18 was down there?
19  A.  Yes, I -- yes.
20  Q.  What did you understand was down
21 there?
22  A.  You could barely see down there,
23 it was very dim in the thing, I always

142
1 looked down there, I could never see
2 anything -- not always looked down but I did
3 look down there.
4  Q.  Did you understand that there was
5 some moving parts down there that ground
6 hamburger?
7  A.  Yes.
8  Q.  Okay. Before the accident did you
9 understand that down that hole was something
10 that was dangerous?
11  A.  Oh, yes. Well, I didn't know if
12 it was -- I still don't know if it's like
13 sharp razors that are down there or if there
14 is like a circular spiral thing down there
15 of just metal, I don't know -- I knew there
16 is something down there that spinned,
17 basically.
18  Q.  Before the accident you knew that
there was a hole there and down that hole
there was some moving parts?
21  A.  Yes.
22  Q.  And those moving parts were
23 involved in taking a piece of meat and turn

143
1 it into a piece of hamburger?
2  A.  Yes.
3  Q.  And you knew if you dropped some
4 object like a spoon down there that the
5 spoon would get damaged, is that accurate?
6  A.  Yes. Yes.
7  Q.  Okay. And were you aware before
8 the accident of the hazard of if you got
9 your hand started down that hole?
10  A.  Was I aware?
11  Q.  There was a hazard presented if
12 you got your hand started down that hole?
13  A.  Well, yes, it is a hazard.
14  Q.  And what was your understanding
15 before the accident of what might happen if
16 you got your hand caught in there?
17  A.  I just knew it would be dangerous,
18 I never really thought in depth how bad it
19 would be, but like I mean when you nail a
20 nail in the wall you can hit your thumb, I
21 mean, you don't always think of small things
22 like that, I never really thought the
23 thought.

144
1  Q.  Would it be fair to say this
2 machine was self-feeding, in other words, if
3 you started a piece of meat at the top it
4 would go in there automatically?
5  A.  No, I don't think it was
6 self-feeding.
7  Q.  Okay. So, if something was going
8 to be put through the machine it was going
9 to have to be presented right to the top and
10 then have gravity feed it down?
11  A.  Yes.
12  Q.  Okay. So, if there was a piece of
13 meat that was lying horizontally it wasn't
14 going to go in, it actually had to be put in
15 there vertically?
16  A.  Yes.
17  Q.  Have you ever filed for
18 unemployment compensation since this
19 accident?
20  A.  Yes.
21  Q.  When was that?
22  A.  I received unemployment right
23 immediately after my accident, I never filed

Page 145

```
 1  for it but --
 2     Q.    I'm not talking workers'
 3  compensation, I'm talking unemployment
 4  compensation.
 5     A.    Oh, no.  No.
 6     Q.    Okay.  Were you aware before the
 7  accident of a risk of injury if your hand
 8  went down in the hole at the top of the
 9  machine where the stainless steel tray was?
10     A.    Was I aware that something could
11  happen?
12     Q.    Were you aware of the risk of an
13  injury if your hand were to go down the
14  hole?
15     A.    All the way down, yes, but I never
16  imagined like just poking the meat in would
17  affect anything whatsoever.
18     Q.    Did you know that if your hand
19  were to go beyond the top of the hole that
20  there was a risk of injury to your hand if
21  your fingers were to go in there?
22     A.    No, because I was looking,
23  everybody would stick their hands past the
```

Page 146

```
 1  hole just to push the meat down, so that the
 2  thing down there could, I don't know,
 3  collect it.
 4     Q.    Okay.  Did you know if your hand
 5  went down there that there could be an
 6  injury to your hand before the accident?
 7     A.    I mean, obviously, like everybody
 8  put their hand down there to push the meat,
 9  so, I mean, there was awareness of how far
10  along you can put your hand in, not like
11  you're just poking, yes, if you stuck your
12  hand all the way down there for no apparent
13  reason, yes, you're going to get stuck in
14  the machine, but everybody put their hand in
15  to push the meat, it was just -- you know,
16  that's what people did, but, you know, to
17  push the meat in.
18     Q.    Based on your knowledge before
19  this accident, what was the safe level where
20  a person's fingers could go below the lip of
21  the hole?
22     A.    There was no like set level,
23  nobody suggested you can put your hand
```

Page 147

```
 1  halfway through and nothing would happen,
 2  you're just tapping the meat in.
 3     Q.    I'm not trying to be smart.
 4     A.    I know.  I know.
 5     Q.    I just want to see where your
 6  knowledge was.
 7     A.    I see what you're saying.
 8     Q.    Did you see people go down more
 9  than a certain level?
10     A.    Well, normally like there would be
11  only one person working the deli and, you
12  know, whoever is working the deli they would
13  be doing all that hamburger meat.  At the
14  time of my accident Irene was busy in the
15  deli, I was ringing on the register and so
16  somebody was asking for hamburger meat.
17  Irene asked me to take care of the person,
18  she was busy doing something, so, I went in
19  the cooler to do that, so, normally like
20  you're not just hanging around watching
21  people like.
22     Q.    Understood.  What's the deepest
23  you ever saw anybody push their hand down in
```

Page 148

```
 1  that hole before your accident?
 2     A.    I don't know.  I've never sat
 3  there and watched somebody like stick their
 4  fingers down like, I mean, I've seen people
 5  like push the meat down with their hand but
 6  like I don't sit there and watch them stick
 7  their, you know, how far they've done it,
 8  you know.
 9     Q.    Did you ever see anybody push meat
10  down lower than the rim of the stainless
11  steel top of the meat grinder?
12     A.    Yes.
13     Q.    About how far below that, if you
14  can remember and estimate?
15     A.    I just know they push, I don't
16  know -- I don't know exactly, I just know
17  they're pushing with their fingers, I don't
18  know how far down it is, but I know they're
19  pushing with their hands and fingers.
20     Q.    You knew at some point going down
21  that hole, going down that cylinder, there
22  were some moving parts that started to grind
23  the hamburger meat, right?
```

Page 149

1  A.  Yes.
2  Q.  Is it fair to stay you didn't know
3  how far down those moving parts started?
4  A.  Yes, it is fair to say that, yes.
5  Q.  Okay. Do you consider the
6  training that you received at the Pleasant
7  Street Market to have been sufficient to
8  allow you to operate this machine safely?
9  A.  I don't think it was that great.
10 I was never really trained on the machine, I
11 was never taught exactly how to do it like,
12 so, I should say no, it wasn't sufficient at
13 all, I mean, it could have been better, it
14 could have been better training.
15 Q.  Okay. Do you consider the
16 training that you did receive to be
17 adequate?
18 A.  No.
19 Q.  Okay. Before the accident were
20 you aware that the hole on top of the
21 machine where the hamburger meat went down
22 was unguarded?
23 A.  What do you mean, can you rephrase

Page 150

1  that?
2  Q.  Yes. Before the accident?
3  A.  Yes.
4  Q.  Dealing with the meat grinding
5  machine, were you aware that the hole on top
6  of the machine where the hamburger goes
7  into, were you aware that there was not a
8  guard there?
9  A.  There was never a guard there,
10 yes, it was just a hole, yes, there was
11 nothing there blocking the hole at all.
12     MR. STEWART: I think I will
13 leave it there. These gentlemen may have
14 some questions.
15     MR. ETKIN: No, thank you,
16 John. No questions.
17     (The deposition concluded.)
18     * * * * *

Page 151

1  COMMONWEALTH OF MASSACHUSETTS
   COUNTY OF HAMPDEN
2
3     I, Micheline I. Bourbonnais, a Notary
   Public within and for the Commonwealth of
   Massachusetts at large, do hereby certify
4  that I took the deposition of MELISSA
   OSTRANDER, pursuant to the Federal Rules of
5  Civil Procedure on August 24, 2005, at the
   offices of PHILBIN & ASSOCIATES, INC., 959
6  Main Street, 4th Floor, Springfield,
   Massachusetts.
7     I further certify that the above-named
   deponent was by me first duly sworn to
8  testify to the truth the whole truth and
   nothing but the truth concerning her
9  knowledge in the matter of the case of
   MELISSA OSTRANDER vs. HUSSMANN CORPORATION,
10 now pending in the United States District
   Court for the District of Massachusetts.
11    I further certify that the within
   testimony was taken by me stenographically
12 and reduced to typewritten form under my
   direction by means of COMPUTER ASSISTED
13 TRANSCRIPTION; and, I further certify that
   said deposition is a true record of the
14 testimony given by said witness.
      I further certify that I am neither
15 counsel for, related to, nor employed by any
   of the parties to the action in which this
16 deposition was taken; and further, that I am
   not a relative or employee of any attorney
17 or counsel employed by the parties hereto,
   nor financially or otherwise interested in
18 the outcome of the action.
      WITNESS my hand and seal this _____
19 day of September, 2005.
20    _____
21    Micheline I. Bourbonnais
      Notary Public
22    Certified Shorthand Reporter
23 My commission expires
   October 31, 2008

Page 152

1
2       SIGNATURE PAGE - ERRATA SHEET

3  (To be signed by deponent and returned to
   counsel within thirty (30) days.)

4  I, the undersigned, MELISSA OSTRANDER, do
   hereby certify that I have read the
5  foregoing transcript of my testimony given
   in the matter of MELISSA OSTRANDER vs.
6  HUSSMANN CORPORATION, on August 24, 2005,
   and that to the best of my knowledge, said
7  transcript is true and accurate with the
   exception of the following corrections
8  listed below:

9  _____
   Page:  Line:
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
   DEPONENT'S SIGNATURE: _____
19
        DATE _____
20
21 mib
22
23