UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Melissa Ostrander,<br>    Plaintiff<br><br>v.<br><br>Hussman Corporation,<br>    Defendant | )<br>)<br>)<br>)  CIVIL ACTION NO. 04-30197-MAP<br>)<br>)<br>)<br>) |

### PLAINTIFF'S ASSENTED MOTION TO EXTEND ANY DEADLINES RELATING TO EXPERTS

**Now comes** the Plaintiff to request an additional fifteen (15) days, past any deadlines, for all matters relating to experts, including identification of experts, in the above entitled matter.

Both parties have assented to this continuance.

                  Respectfully submitted,
                  For the Plaintiff,
                  By her attorney:

                  Hal Etkin, Esquire
                  14 Hubbard Avenue, 2nd Floor
                  Springfield, MA 01105
                  (413) 739-9950
                  BBO# 543869

Date: Oct. 28, 2005

HE/jjm

## CERTIFICATE OF SERVICE

I, Hal Etkin, do hereby certify that on this 28th day of Oct, 2005, I served a copy of the foregoing by mailing a copy of same, postage prepaid to:

John B. Stewart
Ross & Ross, P.C.,
121 State Street
Springfield, MA 01103

                                           /s/ Hal Etkin
                                           Hal Etkin, Esquire