UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Melissa Ostrander,  )<br>    Plaintiff )<br>)<br>v. )<br>)<br>Hussman Corporation, )<br>    Defendant )  | CIVIL ACTION NO. 04-30197-MAP |

PLAINTIFF'S ASSENTED MOTION TO CONTINUE TO ANSWER DEFENDANT'S
MOTION FOR PARTIAL SUMMARY JUDGMENT

**Now comes** the Plaintiff to request an additional fifteen (15) days to answer Defendants' Motion For Partial Summary Judgment.

Both parties have assented to this continuance.

Respectfully submitted,
For the Plaintiff,
By her attorney:


Hal Etkin, Esquire
14 Hubbard Avenue, 2nd Floor
Springfield, MA 01105
(413) 739-9950
BBO# 543869

Date: Oct. 28, 2005

HE/jjm

## CERTIFICATE OF SERVICE

I, Hal Etkin, do hereby certify that on this 28th day of Oct., 2005, I served a copy of the foregoing by mailing a copy of same, postage prepaid to:

John B. Stewart
Ross & Ross, P.C.,
121 State Street
Springfield, MA 01103

                                                                         Hal Etkin, Esquire