UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MELISSA OSTRANDER,            )
         Plaintiff            )
                              )
                              )
v.                            )        Civil Action No. 04-30197-MAP
                              )
                              )
HUSSMAN CORPORATION,          )
         Defendants           )

REVISED SCHEDULING ORDER
November 1, 2005

NEIMAN, U.S.M.J.

The court hereby ALLOWS Plaintiff's Assented-to Motion to Extend Deadlines relating to Experts (Document No. 29) and revises the schedule as follows:

1. Plaintiff shall designate and disclose information regarding her trial experts as required by FED. R. CIV. P. 26(a)(2) by November 16, 2005.

2. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by December 30, 2005.

3. All expert depositions shall be completed by February 16, 2006.

4. Counsel shall still appear for a case management conference on February 9, 2006, at 10:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

                                  /s/ Kenneth P. Neiman
                                  KENNETH P. NEIMAN
                                  U.S. Magistrate Judge