# EXHIBIT THREE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MELISSA OSTRANDER, Plaintiff )
)
v. ) CIVIL ACTION NO. 04-30175-MAP
)
HUSSMANN CORPORATION, Defendant )
)

ANSWERS OF THE DEFENDANT TO
INTERROGATORIES PROPOUNDED BY THE PLAINTIFF

\* \* \*

10. During what period of time did Hussmann, Allied Store Utilities Co. or any of their subsidiaries, subcontractors or any other business entities with which they were affiliated, manufacture meat grinders?

A. The model 1200 meat grinding machine was manufactured in the 1940's by Allied, and until 1947 the grinders would have displayed both the Allied and Hussmann names. I understand that the manufacturing of meat grinding machines stopped entirely about 1950.

\* \* \*

VERIFICATION

State of Missouri
St. Louis County

Brian Hostetler, having been first duly sworn, deposes and says that:

He is Vice President, Law Department of Hussmann Corporation and is authorized to make and makes this affidavit for and on its behalf.

He has read the foregoing answers to interrogatories and the information contained in said answers has been collected and made available to him by others and the same are true to the best of his knowledge and belief and within the knowledge of the corporation.

Signed under the pains and penalties of perjury, this ___ day of March, 2005.

/s/
Brian Hostetler, on behalf of Hussmann
Corporation