# EXHIBIT FOUR

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Melissa Ostrander, )
    Plaintiff )
)
v. )    CIVIL ACTION NO. 04-30197-MAP
)
Hussman Corporation, )
    Defendant )

### PLAINTIFF, MELISSA OSTRANDER'S, AFFIDAVIT

1. I, Melissa Ostrander, was injured by a meat grinder at the Pleasant Street market in Westfield on April 28, 2002.

2. While I understood that sticking my hand in the grinder could result in injury, I believed that the presence of meat being pushed through the grinder protected my hand from any injury by the device.

3. This belief was based on witnessing other employees operate the machine, by pushing meat through with their hands, and no injuries resulting from such actions.

4. This belief is also based on the fact that there was no guard over the opening of the grinder.

5. At no time did I know the exact distance between the opening of the grinder, through which the meat was fed, and the part of the machine that actually ground up the meat. There was no indication on the machine as to this distance.

Signed under the pains and penalties of perjury, this day 16 of Nov, 2005.

*Melissa Ostrander*
Melissa Ostrander