UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELISSA OSTRANDER,         )<br>      PLAINTIFF        )<br>                                 )<br>v.                                )<br>                                 )<br>HUSSMAN CORPORATION,    )<br>      DEFENDANT     )  | CIVIL ACTION NO. 04-30197-MAP |

### PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Now comes the Plaintiff, Melissa Ostrander, and moves this Honorable court to deny partial summary judgment for the above named Defendant in accordance with the provision of Rule 56(b) and (c) and Rule 9A of Mass. Sup. Ct.

In the interests of judicial economy, the Plaintiff submits for the consideration of this Court each and every argument made by the Plaintiff in its Motion Against Summary Judgment, Statement of Facts, Memorandum in Opposition to Defendant, Hussman Corporation's Motion for Partial Summary Judgment, and all attached documents and affidavits.

If this court thinks necessary, the Plaintiff requests a hearing. As grounds for denial, Plaintiff's evidence clearly shows many genuine issues of material facts and information supporting the negligence of the defendant.

Respectfully submitted,
THE PLAINTIFF,
By her attorney:

_____
Hal Etkin, Esquire
14 Hubbard Avenue, 2nd Floor
Springfield, MA 01105
(413) 739-9950
BBO# 543869

Date: November 14, 2005

CERTIFICATE OF SERVICE

I, Hal Etkin, do hereby certify that on November 14, 2005, I served, by mailing, postage prepaid, a copy of the foregoing document to the counsel of record, listed below.

John B. Stewart
Ross & Ross P.C.
121 State St., Suite 201
Springfield, MA 01103

Stephen W. Silverman
Law Offices of Stephen W. Silverman
73 State St., Suite 203
Springfield, MA 01103

Michael J. Chernick
Law Office of Michael J. Chernick
73 State St.
Springfield, MA 01103

_____
Hal Etkin, Esquire