UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**MELISSA OSTRAQNDER**

                        **CASE NO.   04-30197- MAP**

V.

**HUSSMANN CORPORATION**

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the above-entitled case has been   set   for a HEARING ON MOTION FOR SUMMARY JUDGMENT AND MOTION TO STRIKE  on JANUARY 30, 2006   at 2:00 p.m.   before Michael A. Ponsor, U.S. D.J    In Courtroom #   1   on the   5th   floor.

                                                     **SARAH THORNTON**
                                                   **CLERK OF COURT**

  12/1/05                                         **By: /s/ Elizabeth A. French**
       Date                                          **Deputy Clerk**

**Notice sent to:**

**All counsel of record via mail and electronically**

(Notice of Hearing.wpd - 7/99)                           [kntchrgcnf.]
                                                                      [ntchrgcnf.]