UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MELISSA OSTRANDER, Plaintiff )
)
v. ) CIVIL ACTION NO. ~~04-30175-MAP~~
)
HUSSMANN CORPORATION, Defendant ) 04-CV-30197-MAP

STIPULATION OF DISMISSAL
AS TO COUNT IV OF PLAINTIFF'S COMPLAINT

The parties hereby stipulate to the dismissal of Count IV of the plaintiff's complaint, sounding in a claim for relief under Mass. G.L. c. 93A, only, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), with prejudice and without costs, waiving all rights of appeal.

MELISSA OSTRANDER, Plaintiff

By _____
STEPHEN W. SILVERMAN
73 State Street
Springfield, MA 01103
(413) 788-6188


HUSSMANN CORP., Defendant

By _____
JOHN B. STEWART

**ROSS & ROSS PC**
**121 STATE STREET**
**SUITE 201**
**SPRINGFIELD MA 01103**

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the within stipulation was served upon each other party or counsel of record by mail on December 5th.

_____
JOHN B. STEWART