UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MELISSA OSTRANDER, Plaintiff )
)
v. ) CIVIL ACTION NO. 04-30197-MAP
)
HUSSMANN CORPORATION, )
Defendant )

## DEFENDANT'S MOTION TO ENLARGE TIME FOR COMPLETION OF DISCOVERY AND RESCHEDULE FINAL PRE-TRIAL CONFERENCE DATE
(ASSENTED TO)

Now comes the defendant and respectfully requests the court to enlarge the time to permit the parties to complete additional discovery and to reschedule the final pre-trial conference, now scheduled for February 9, 2006, until April or May, 2006. As grounds, the defendant states that additional time is necessary to consider one additional lay deposition, to complete expert designation and for expert depositions to take place. The plaintiff's counsel has suggested, and the defendant agrees, that deposition of plaintiff's liability expert Wilson Dobson ought to take place the court issue an interlocutory order of summary judgment in defendant's favor on the plaintiff's warnings-based claims. (The court has scheduled a hearing on defendant's motion for partial summary judgment on the warnings claims on January 30, 2006).

Accordingly, the defendant requests the court to endorse the following amended schedule for the completion of discovery:

| | |
|---|---|
| Additional lay deposition and enforcement of records subpoenas | February 10, 2006 |
| Designation of defense experts | February 10, 2006 |
| Completion of Expert Depositions | April 14, 2006 |
| Final Pre-Trial Conference | On or After April 14, 2006 |

WHEREFORE, the defendant respectfully requests the court to allow additional time for completion of discovery as set forth above.

HUSSMANN CORPORATION,
Defendant

By _____
JOHN B. STEWART
ROSS & ROSS, P.C.
121 State Street, Suite 201
Springfield, MA 01103
(413) 736-2725

ASSENTED TO:

_____
STEPHEN W. SILVERMAN
Atty. for Plaintiff
73 State Street, Suite 203
Springfield, MA 01103
(413) 788-6188

"I HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING DOCUMENT WAS SERVED UPON EACH PARTY APPEARING PRO SE AND THE ATTORNEY OF RECORD FOR EACH PARTY BY MAIL, (IN HAND)

ON   Dec. 23, 2005

_____

2