UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MELISSA OSTRANDER,            )
       Plaintiff      )
                             )
v.                            )     Civil Action No.  04-30197-MAP
                             )
                             )
HUSSMAN CORPORATION,          )
       Defendant      )

FURTHER REVISED SCHEDULING ORDER
January 9, 2006

NEIMAN, U.S.M.J.

The court hereby ALLOWS Defendant's Assented-to Motion to Enlarge Time for Completion of Discovery (Document No. 38) and revises the schedule as follows:

1. Additional lay depositions and enforcement of records subpoena shall be completed by February 10, 2006.

2. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by February 10, 2006.

3. All expert depositions shall be completed by April 14, 2006.

4. Counsel shall appear for a case management conference on April 26, 2006, at 12:30 p.m. in Courtroom Three. The February 6, 2006 case management conference is hereby cancelled.

IT IS SO ORDERED.

                                                     /s/ Kenneth P. Neiman
                                                     KENNETH P. NEIMAN
                                                     U.S. Magistrate Judge