UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MELISSA OSTRANDER,                )
       Plaintiff      )
                                  )
v.                                )   Civil Action No. 04-30197-MAP
                                  )
                                  )
                                  )
HUSSMANN CORPORATION,             )
       Defendant      )

FURTHER SCHEDULING ORDER
April 25, 2006

NEIMAN, C.M.J.

The following schedule was established at the case management conference this day:

1. Defendant's expert's deposition shall be completed by June 23, 2006.

2. Counsel shall appear for a final pretrial conference on July 11, 2006, at 3:00 p.m. in Courtroom One. Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the Procedural Order entered this date.

IT IS SO ORDERED.

    /s/ Kenneth P. Neiman
    KENNETH P. NEIMAN
    Chief Magistrate Judge